UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DREW MATTHEW HOEHNER | Case No. 2:25-mj-00324-KFW |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Gregory Squire, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I have been employed as a Special Agent of the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) since 2007, and am currently assigned to the Portland, Maine Field office. As part of my duties, I am authorized to investigate violations of the laws of the United States, including but not limited to criminal violations relating to the sexual exploitation of children, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 2422, 2423, 2251, and 2252A. For the past ten years I have specialized in dark web investigations, with a focus on child sexual abuse and child pornography websites. I am an active member of a multinational, multi-agency working group that focuses on national and international operations to combat child exploitation on the dark web and to rescue children from abusers who are active on the dark web. As an agent in the Portland Field Office, I frequently participate in the execution of search warrants involving child exploitation and pornography, and I work closely with HSI forensic specialists throughout these investigations and prosecutions.

2.      I make this affidavit in support of a Criminal Complaint charging Drew

Matthew HOEHNER with one count of advertisement of child pornography, in violation of Title 18, United States Code, Section 2251(d)(1)(A) and (e). The information contained in this affidavit is based upon my participation in the investigation, discussion with other law enforcement officers, as well as my training and experience as a criminal investigator. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested arrest warrant.

### STATEMENT OF PROBABLE CAUSE

3. As part of an ongoing child exploitation operation, HSI-Portland monitors various dark websites dedicated to the sexual abuse of children including site on the dark web[1] (Website B[2]), that was encountered by agents in December 2024. During this monitoring, an HSI-Portland agent, acting in an undercover capacity ("the UC"), identified an individual using the screenname SUSPECT USER[3].

## Background on Website B

4. Website B is a Tor hidden service dedicated to the sexual exploitation of children. I am familiar with Website B and know that it requires individuals to create a username and password to gain access to the site. New users must choose a unique

---

[1] The dark web is comprised of a variety of networks, such as Tor, that exist on a portion of the internet accessible only through specific software, such as the Tor browser (a legal and publicly available free application). One of the key features of dark web networks like Tor is the anonymity it offers both users of the network and individuals or entities that host sites on the network, which are also referred to as hidden services.
[2] Website B is a Tor hidden service site dedicated to the sexual exploitation of children. The true name of Website B is known to your affiant and law enforcement but is redacted in this application to protect the integrity of ongoing international investigations into the users of the site. Your affiant has previously observed federal court filings/records posted on various darkweb sites by users to keep others informed of law enforcement actions.
[3] The username is known to law enforcement but redacted here to protect the integrity of ongoing international investigations into other users of Website B (and other sites on which SUSPECT USER is active) who may be familiar with this particular user.

username; that is, they cannot select a name already in use by another user.[4] Certain users on Website B hold various staff positions, to include: Administrator, Co-Administrator, Global Moderator, and Moderator. Other uses can be awarded badges/commendations by staff members based upon the users participation and contribution to the site.

5. Website B contains sections that users can navigate to including, but not limited to: Announcements, Rules, Forum Questions, News and Current Information, Tech Forum, The Resort, The Ampitheater, Non-Nude, Naturist, Softcore, Hardcore, Webcam, Spycams, Vintage, Adolescents, Boys and Females, Fetish, Toddlers, AI, Studio Sets, Movies, and Requests. There are numerous subcategories under these sections that contain the postings by the users of Website B.

## SUSPECT USER on Website B

6. Based on my training and experience, I know that users of hidden service sites value their online aliases and personas as a source of bona fides within their communities. A user may attain greater status or goodwill within a community of like-minded offenders over a course of time via active participation in that community under a particular alias. That participation may amount to the trafficking of child pornography, moderation of sites, and advice to users regarding safety and security, or other actions viewed favorably by administrators/staff of darkweb sites. It is therefore common for a user of one child pornography website on the Tor network to carry an

---

4 In the course of this investigation, I accessed Website B and attempted to register a new user account with the SUSPECT USER name. When I attempted to do so, the website generated a message that informed me that the name was already in use and prevented me from proceeding with the registration.

4

alias from one site to another, or to make other users aware that additional aliases belong to them, to maintain such accrued status or goodwill on other sites. This is often accomplished through use of a signature greeting, or other notably wordplay unique to the username/user over time.

7.     While monitoring Website B, HSI-Portland agents noted that SUSPECT USER was listed as the administrator of Website B. Through communication with SUSPECT USER, both direct messages and through postings made by SUSPECT USER, HSI-Portland recognized SUSPECT USER to be an alias username of an individual who was known to law enforcement since 2019 as a staff member, moderator and/or administrator of approximately fifteen (15) darkweb sites dedicated to the sexual abuse of children. Further conversations between SUSPECT USER and the UC over time have corroborated identity of being the same individual. Through the course of HSI-Portland's investigation, law enforcement has learned through review of sites located on the darkweb and through communications made by SUSPECT USER that SUSPECT USER has been involved in the creation, hosting, server maintenance and administration of approximately seven (7) darkweb sites, to include Website B. Agents, having reviewed several of those darkweb sites, note during that the userbase of the sites to have exceeded 300,000 users. A review of SUSPECT USER on Website B indicated SUSPECT USER has posted numerous times related to child sexual abuse.

8.     On August 18, 2025, the UC logged into Website B and, upon entering the site, the UC could observe postings and advertisements of child sexual abuse material posted by various members of Website B, to include SUSPECT USER. The UC located

SUSPECT USER's postings and began to click on links provided by SUSPECT USER to access child sexual abuse material that SUSPECT USER had posted.

9. The following files of child sexual abuse were downloaded from a post on Website B advertising the sexual abuse of children created by the SUSPECT USER on January 26, 2025:

   a. 92cd0a0f.jpg: this image file depicts five prepubescent children (two females and three males), all approximately eleven years old, who appear to be sleeping in a bed together. The children appear to all be naked, while two are partially covered by a bed sheet; the vaginas of the two prepubescent females are in clear view as the females' legs are open.

   b. 71488370.jpg: this image file depicts a prepubescent female approximately nine years old laying on a sofa. The female is wearing a shirt but is not wearing pants and is spreading her legs open with her arms exposing her vagina and anus.

   c. 66ce9223.jpg: this image depicts a prepubescent female approximately five years old laying on a sofa. The female is wearing a shirt but is not wearing pants and is spreading her legs open with her arms exposing her vagina and anus.

10. Through a cursory review of Website B, the UC noted instances of SUSPECT USER commenting on postings of child sexual abuse materials made by other users of Website B. The UC additionally noted that other users of Website B had posted numerous links, some of which were reviewed by the UC and noted to contain graphic depictions of sexual activity being performed by minor individuals of varying ages on video, to include sexual intercourse, oral sex, and anal sex."

## IDENTIFICATION OF HOEHNER

11. As part of the ongoing investigation of SUSPECT USER, the HSI-Portland UC has engaged in online conversations with SUSPECT USER on the darkweb. These

have occurred both in private direct-message conversations, as well as more public-facing conversation rooms with other users of Website B and other prior darkweb sites maintained by SUSPECT USER (through aliases). During these conversations, the UC and the SUSPECT USER often discuss topics regarding the sexual abuse of children as well as the functionality and operating of the darkweb site(s) that SUSPECT USER operates for like-users to advertise the sexual abuse of children to other thousands of users. These conversations between the UC and SUSPECT USER have detailed the acquisition and maintenance of servers, the processes involved in creating and modifying scripts to adapt site code to fit the functionality desired by SUSPECT USER, the complexities of managing the various personalities of the staff under SUSPECT USER, and the amount of time and effort SUSPECT USER has dedicated to running the darkweb site(s).

12.     Beyond the conversations regarding the functioning of the various sites on the darkweb maintained by SUSPECT USER, the UC and SUSPECT USER have engaged in a number of conversations that have covered a variety of real-world topics. During these conversations, the UC has made note of personal characteristics mentioned by SUSPECT USER, and other information that could be of assistance in identifying SUSPECT USER. One common thread that has been a persistent conversation piece throughout is the military and SUSPECT USER's familiarity and curiosity with the military/military life.

13.     In September 2024, during conversation, SUSPECT USER made reference to living in Germany, specifically that SUSPECT USEER had been using American phrases/sayings that did not translate to Germans. Further, in December 2024,

7

SUSPECT USER made references regarding socializing on a military base and "PCS", which the UC recognized as the military term "permanent change of station".

14.     In July 2025, SUSPECT USER made reference in conversation with the UC to joining the military. As part of the conversation, SUSPECT USER mentioned having to "retake the ASVAB", which the UC recognized as the Armed Services Vocational Aptitude Battery.

15.     On about July 30, 2025, in conversation with the UC, SUSPECT USER made a comment regarding SUSPECT USER's new living location being much less walkable than Europe and referenced "the river walk." HSI-Portland believed this may be a reference to the San Antonio Riverwalk.

16.     In mid-August 2025, knowing SUSPECT USER's frequency of mentioning joining/enlisting in the military, HSI-Portland contacted military recruiters in the greater San Antonio area. HSI-Portland inquired regarding recent contacts with individuals looking to join the service, and provided a potential profile based on topics and information previously mentioned by SUSPECT USER to the UC. Additionally, on about August 22, 2025, SUSPECT USER stated to the UC that he had to go back to the recruiter's office, now that his documents had been submitted, to have his body mass index ("BMI") measured. This information was relayed to the recruiters contacted by HSI. On about September 4, 2025, one military recruiter contacted HSI-Portland regarding an individual that may be of interest in the investigation: Drew Matthew HOEHNER (DOB XX/XX/1989).

17.     Agents subsequently conducted background research into HEOHNER's life and history. Through research, agents were able to correlate numerous pieces of

information in HOEHNER's background with information relayed to the UC by SUSPECT USER. Additionally, agents served subpoenas for records to include financial statements for credit cards in HOEHNER's name. HSI-Portland additionally located an address of residence for HOEHNER in San Antonio, Texas.

18. SUSPECT USER in January 2024 made reference to having lived in southern Arizona for a while. HOEHNER was born in Mesa, Arizona in 1989.

19. SUSPECT USER in November 2024 made reference to his family having previously been stationed in Baltimore, and missing a restaurant called "medieval times." Agents learned that HOEHNER had attended a year of high school in Fort Meade, Maryland; agents additionally confirmed that Medieval Times Dinner & Tournament was an establishment nine minutes from Fort Meade in Hanover, Maryland.

20. SUSPECT USER in November 2024 made reference to having also lived in Georgia. Agents learned that HOEHNER had attended a year of high school in Harlem, Georgia.

21. SUSPECT USER from 2022 through 2025 has made several comments to the UC regarding his father/dad/step-dad having served in the armed forces. In one conversation, SUSPECT USER stated that his father had served in Afghanistan. Agents confirmed that HOEHNER's stepfather is currently a retired veteran, having served over two decades in the armed forces. Agents further confirmed that HOEHNER's stepfather had been stationed at Fort Meade in Maryland, at Fort Gordon in Georgia, and additionally served in Afghanistan.

22. SUSPECT USER discussed with the UC living in Germany on multiple occasions. HOEHNER resided in Germany from approximately 2018 until June 2025. Further, SUSPECT USER described working on a military base; agents learned that HOEHNER had worked as a military contract on military bases in Germany, to include positions of housekeeper, child youth program assistant, and roving store employee.

23. On about November 13, 2023, SUSPECT USER indicated to the UC he was tired from flying for the past twenty-four hours. SUSPECT USER in conversation also made reference to having travelled to Japan. In reviewing HOEHNER's credit card statement, agents noted multiple transactions with vendors in Japan from about October 13, 2023, through about November 11, 2023.

24. On about November 21, 2024, SUSPECT USER told the UC that there had been a bomb squad called at work on the military base the other day, which shut the base down. Agents confirmed with military personnel that HOEHNER was working on Ramstein AFB in Germany on November 20, 2024, and that a suspicious package had been located on base that day.

25. In November 2024, SUSPECT USER told the UC that he was finishing a bachelor's degree the following month in "health / tech, but I should not say to specific". Agents learned that HOEHNER graduated from the Southern New Hampshire University with a bachelor's degree from the Online Health Professions Program as part of the Class of 2025.

26. In November 2024, and January 2025, SUSPECT USER told the UC he would be travelling to "Cali" in January. On about January 15, 2025, SUSPECT USER told the UC to wish him luck on the flight the next day. Flight records indicate

HOEHNER was booked to leave from London Heathrow airport to Fresno, California on January 16, 2025, but did not board the flight. Records indicate that HOEHNER boarded a flight from Frankfurt, Germany to Fresno, California, on January 17, 2025, and subsequently departed California to return to Germany on January 19. On about January 20, 2025, in conversation with the UC, SUSPECT USER indicated that much of the trip was just flying. Credit card records reviewed by agents reflect HOEHNER made purchases at a hotel in Fresno, California on about January 18, 2025.

27. On about April 16, 2025, SUSPECT USER told the UC that he had received a "PS5", which agents understood to be a PlayStation 5. HOEHNER's credit card statement revealed transaction and payments on April 15, 2025, to Sony (the manufacturer of PlayStation) and the PlayStation Network.

28. In several conversations occurring between SUSPECT USER and the UC in July 2025 and August 2025, SUSPECT USER indicated that he was too overweight to be considered for employment by the military. Agents were informed by the military recruiters that when HOEHNER first came for an initial interview it was approximately June or July 2025, and HOEHENR was over the acceptable weight for an individual of his height. Subsequent more recent conversations between SUSPECT USER and the UC indicated that SUSPECT USER had made progress on that front, and military recruiters likewise indicated to agents HOEHNER was now within military guidelines.

29. On about August 19, 2025, SUSPECT USER told the UC that the military apparently needed a social security card and other documents, which SUSPECT USER had not yet provided. HSI-Portland confirmed with the military recruiter that

HOEHNER had called and scheduled to come into the office on August 21, 2025, to provide his social security card, which HOEHNER subsequently did.

30. On about September 12, 2025, SUSPECT USER told the UC that he was going to "MEPS", known by your affiant in full as Military Entrance Processing Stations, in a week and a half. HSI-Portland confirmed with the military recruiter that HOEHNER was scheduled to attend MEPS on September 23, 2025.

31. On about September 16, 2025, SUSPECT USER posted on Website B referring to getting medically cleared and everything beginning for him after signing a contract. Given the knowledge of the conversations between SUSPECT USER and the UC, in conjunction with the information relayed to investigators by the military recruiter in San Antonio, your affiant believes the post correlates to HOEHNER's timeline of joining the armed services.

## CONCLUSION

32. Based on all of the foregoing information, I submit that there is probable cause to believe that on about January 26, 2025, HOEHNER knowingly conspired with others to publish a notice and advertisement offering to display, distribute, and reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, knowing and having reason to know that such notice and advertisement would be transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including computer, and such notice and advertisement was actually transported using any means and facility of interstate and foreign commerce and in and

affecting interstate and foreign commerce by any means, including computer, in violation of 18 U.S.C. § 2251(d) and (e).

Sworn to under the pains and penalties of perjury,

*gRegory D Squire*
Special Agent Gregory D. Squire
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Sep 26 2025

City and state: Portland, Maine

*Judge's signature*

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title